1  THOMAS E. MCGRATH, ESQ.
   Nevada Bar No. 7086
2  THANE A. WILLIAMS, ESQ.
   Nevada Bar No. 15991
3  **LITCHFIELD CAVO LLP**
   3993 Howard Hughes Parkway, Suite 100
4  Las Vegas, Nevada 89169
   Telephone:  (702) 949-3100
5  Facsimile:  (702) 916-1776
   Email: McGrathT@LitchfieldCavo.com
6  Email: Williams@LitchfieldCavo.com
   *Attorneys for Defendant Think 360, Inc.*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  MICHAEL GIRARD YACCINO,                CASE NO.:  2:25-cv-00509-CDS-DJA

12                         Plaintiff        **JOINT STIPULATION AND**
                                            **ORDER TO REMAND**
13  v.
                                            [ECF No. 3]
14  MANADALAY BAY LLC dba MANDALAY
    BAY RESORT & CASINO, SHOPTALK
15  COMMERCE, LLC, THINK 360, INC.,

16                         Defendants

17

18        Pursuant to 28 U.S.C. §§ 1477(c), Plaintiff Michael Girard Yaccino ("Yaccino") and

19  Defendant Think 360, Inc. ("Think 360"), by and through undersigned counsel, hereby jointly stipulate

20  to the remand of the above-captioned case, which was removed from the Eighth Judicial District Court

21  in Clark County, Nevada, to the United States District Court for the District of Nevada, on March 18,

22  2025, and in support thereof respectfully states as follows:

23  1.    On February 20, 2025, Plaintiff filed the present lawsuit in the Eighth Judicial District Court

24  in Clark County, Nevada.

25  2.    On March 18, 2025, Defendant Think 360 filed a petition to remove the present lawsuit to

26  federal court.

27  3.    The parties, including Think 360, are in agreement that removal of the present lawsuit to

28  federal court is improper pursuant to the forum defendant rule, as Defendant Mandalay Bay is

1    domiciled in Nevada. *See* 28 U.S.C. § 1441(b)(2) ("A civil action otherwise removable solely on the

2    basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in

3    interest properly joined and served as defendants is a citizen of the State in which such action is

4    brought.'").

5    4.      Therefore, the present lawsuit should be remanded for lack of subject matter jurisdiction.

6    5.      Defendants Mandalay Bay LLC dba Mandalay Bay Resort & Casino and Shoptalk Commerce,

7    LLC, have not yet appeared.

8

9    WHEREFORE, Defendants jointly stipulate that good cause exists to remand the present lawsuit to

10   the Eighth Judicial District Court in Clark County, Nevada. This stipulation is without prejudice to the

11   rights, claims, defenses, and arguments of the parties.

12

13   RESPECTFULLY SUBMITTED THIS DATE, the 24th day of March, 2025

14

15   DATED: March 24, 2025                    **LITCHFIELD CAVO LLP**

16                                            By:    */s/ Thomas E. McGrath*

17                                                 THOMAS E. MCGRATH, ESQ.
                                                   Nevada Bar No. 7086

18                                                 THANE A. WILLIAMS, ESQ.
                                                   Nevada Bar No. 15991

19                                                 **LITCHFIELD CAVO LLP**
                                                   3993 Howard Hughes Parkway, Suite 100

20                                                 Las Vegas, Nevada 89169
                                                   *Attorneys for Defendants Think 360 Inc.*

21

22   ///

23

24

25

26   ///

27

28

                                                   2

1    DATED: March 24, 2025              **VALIENTE MOTT, LTD.**

2                                       By: _/s/ Peter Petersen_____

3                                            PETER PETERSEN, ESQ.
                                             Nevada Bar No. 14256
4                                            TIMOTHY ANDREW MOTT, ESQ.
                                             Nevada Bar No. 12828
5                                            **VALIENTE MOTT, LTD.**
                                             700 South 7th Street
6                                            Las Vegas, Nevada 89101
                                             *Attorneys for Plaintiff*
7

8

9                                       **ORDER**

10        Based on parties' stipulation, which establishes that this court lacks subject-

11   matter jurisdiction over this dispute, IT IS HEREBY ORDERED that the Clerk of

12   Court is kindly directed to REMAND this case to the Eighth Judicial District Court,

13   Department 21, Case No. A-25-913085-C, and to close this case.

14        Dated: March 25, 2025

15
                                        _____
16                                      Cristina D. Silva
                                        United States District Judge
17

18

19   RESPECTFULLY SUBMITTED BY

20   **LITCHFIELD CAVO LLP**

21   By: _/s/ Thomas E. McGrath_____

22        THOMAS E. MCGRATH, ESQ.
          Nevada Bar No. 7086
23        THANE A. WILLIAMS, ESQ.
          Nevada Bar No. 15991
24        **LITCHFIELD CAVO LLP**
          3993 Howard Hughes Parkway, Suite 100
25        Las Vegas, Nevada 89169
          *Attorneys for Defendants Think 360 Inc.*
26

27

28

                                         3